UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAIR MARIE ROSE,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | NO.  CV-10-119-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of   42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 16th day of May, 2011.

                                  JAMES R. LARSEN
                                  District Court Executive/Clerk

                                by:  ___s/ Karen White_____
                                        Deputy Clerk

cc: all counsel